UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, JR., <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, ET AL., <br><br> Respondents. | CASE NO. C22-766-RSM <br><br> **REPORT AND RECOMMENDATION** |

**Bar-order litigant John Demos** has filed an application to proceed *in forma pauperis* with a proposed habeas petition that he purports to present to the Ninth Circuit, asking the appellate court to certify constitutional questions regarding his continued confinement to the United States Supreme Court. Dkt. 1. An Order of this Court provides for the return without filing of any petition by Mr. Demos that seeks an extraordinary writ pursuant to 28 U.S.C. §§ 1651, 2253 or 2254, unless accompanied by the filing fee. *See Demos v. Stanley*, MC97-0031-JLW (W.D. Wash. Mar. 13, 1997).

As Mr. Demos has submitted no filing fee, the Court recommends that, pursuant to the Court's Order of March 13, 1997, the Clerk be **DIRECTED** to administratively close this matter and to strike any pending motions as moot. Moreover, Mr. Demos may not proceed with a second or successive habeas petition here unless and until the Ninth Circuit authorizes its filing.

REPORT AND RECOMMENDATION - 1

*See* 28 U.S.C. § 2244(b)(3)(A). A proposed Order is attached. **The Clerk should note the matter as ready for the District Judge's immediate consideration on June 8, 2022**

DATED this 8th day of June, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2