UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, JR., <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, ET AL., <br><br> Respondent. | CASE NO. C22-766-RSM <br><br> **ORDER** |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The Clerk is DIRECTED to administratively close this matter and to strike any pending motions as moot.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

//

//

//

ORDER - 1

DATED this 14th day of June, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 2